UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ASHRAF QUTOUM                                CIVIL ACTION

VERSUS                                       NUMBER: 08-5045

LAURIE A. WHITE                              SECTION: "F"(5)

### ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion to correct judgment is denied.

New Orleans, Louisiana, this 18th day of MAY, 2009.

UNITED STATES DISTRICT JUDGE